UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:23-cr-00025-MPB-CSW |
| | ) | |
| ZACHERY COLEMAN, | ) | -01 |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted her Report and Recommendation on USPO Petition for

Action on Conditions of Supervised Release. The parties were afforded due opportunity pursuant

to statute and the rules of this court to file objections; none were filed. The court, having

considered the Magistrate Judge's Report and Recommendation, hereby ADOPTS the Magistrate

Judge's Report and Recommendation.

SO ORDERED.

Dated:  March 16, 2026

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Served electronically on all ECF-registered counsel of record.